UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                                                                                          24 Cr. 667 (JPC)

CLINTON MCCULLUM,                                                              ORDER

                Defendant.

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The arraignment for Defendant Clinton McCullum is scheduled for December 10, 2024 at 10:30 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: December 9, 2024
       New York, New York

                                                        JOHN P. CRONAN
                                                United States District Judge