

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 10, 2025

**BY ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Clinton McCullum*, 24 Cr. 667 (JPC)

Dear Judge Cronan:

    The Government writes in response to the Court's February 7, 2025 order. (Dkt. 16.) The Government respectfully requests the exclusion of time, pursuant to 18 U.S.C. § 3161(h)(7)(A), through the new hearing date to be set by the Court approximately three weeks after April 3, 2025, on the basis that the ends of justice served by such an exclusion outweigh the best interest of the public and the defendant in a speedy trial insofar as the exclusion would allow the parties to continue discussions regarding a potential pretrial resolution and for the defense to prepare pretrial motions if necessary. The defendant consents to the exclusion of time.

    Respectfully submitted,

    DANIELLE R. SASSOON
    United States Attorney

By: _____
    Getzel Berger
    Assistant United States Attorney
    (212) 637-1061

cc: David B. Anders, Esq. (by ECF)

---

The April 3, 2025 status conference in this matter is adjourned to April 29, 2025 at 10:00 a.m. The Court finds that the ends of justice served by granting this adjournment outweigh the best interests of the public and the defendant in a speedy trial because the adjournment will allow the parties time to pursue a pretrial resolution of this matter and for the defense to prepare pretrial motions. The time between April 3, 2025 and April 29, 2025 is therefore excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Clerk of Court is respectfully directed to close Docket Numbers 15 and 17.

SO ORDERED.
Date: February 11, 2025
New York, New York

    JOHN P. CRONAN
    United States District Judge