WACHTELL, LIPTON, ROSEN & KATZ

MARTIN LIPTON
HERBERT M. WACHTELL
EDWARD D. HERLIHY
DANIEL A. NEFF
STEVEN A. ROSENBLUM
SCOTT K. CHARLES
JODI J. SCHWARTZ
ADAM O. EMMERICH
RALPH M. LEVENE
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
ANDREW J. NUSSBAUM
RACHELLE SILVERBERG
STEVEN A. COHEN
DEBORAH L. PAUL
DAVID C. KARP
RICHARD K. KIM
JOSHUA R. CAMMAKER
MARK GORDON
JEANNEMARIE O'BRIEN

STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
WILLIAM SAVITT
GREGORY E. OSTLING
DAVID B. ANDERS
ADAM J. SHAPIRO
NELSON O. FITTS
JOSHUA M. HOLMES
DAVID E. SHAPIRO
DAMIAN G. DIDDEN
IAN BOCZKO
MATTHEW M. GUEST
DAVID E. KAHAN
DAVID K. LAM
BENJAMIN M. ROTH
JOSHUA A. FELTMAN
ELAINE P. GOLIN
EMIL A. KLEINHAUS

**51 WEST 52ND STREET**
**NEW YORK, N.Y. 10019-6150**

TELEPHONE: (212) 403-1000
FACSIMILE:   (212) 403-2000

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

OF COUNSEL

ANDREW R. BROWNSTEIN
WAYNE M. CARLIN
BEN M. GERMANA
SELWYN B. GOLDBERG
PETER C. HEIN
JB KELLY
JOSEPH D. LARSON
RICHARD G. MASON
PHILIP MINDLIN
THEODORE N. MIRVIS
DAVID S. NEILL
TREVOR S. NORWITZ

ERIC S. ROBINSON
ERIC M. ROSOF
JOHN F. SAVARESE
MICHAEL J. SEGAL
WON S. SHIN
DAVID M. SILK
ELLIOTT V. STEIN
LEO E. STRINE, JR.*
PAUL VIZCARRONDO, JR.
JEFFREY M. WINTNER
AMY R. WOLF
MARC WOLINSKY

* ADMITTED IN DELAWARE

COUNSEL

DAVID M. ADLERSTEIN
SUMITA AHUJA
HEATHER D. CASTEEL
FRANCO CASTELLI
ANDREW J.H. CHEUNG
PAMELA EHRENKRANZ
ALINE R. FLODR
KATHRYN GETTLES-ATWA
LEDINA GOCAJ
ADAM M. GOGOLAK

ANGELA K. HERRING
MICHAEL W. HOLT
DONGHWA KIM
MARK A. KOENIG
J. AUSTIN LYONS
ALICIA C. McCARTHY
JUSTIN R. ORR
NEIL M. SNYDER
JEFFREY A. WATIKER

KARESSA L. CAIN
RONALD C. CHEN
BRADLEY R. WILSON
GRAHAM W. MELI
GREGORY E. PESSIN
CARRIE M. REILLY
MARK F. VEBLEN
SARAH K. EDDY
VICTOR GOLDFELD
RANDALL W. JACKSON
BRANDON C. PRICE
KEVIN S. SCHWARTZ
MICHAEL S. BENN
ALISON Z. PREISS
TIJANA J. DVORNIC
JENNA E. LEVINE
RYAN A. McLEOD
ANITHA REDDY
JOHN L. ROBINSON
STEVEN WINTER
EMILY D. JOHNSON

JACOB A. KLING
RAAJ S. NARAYAN
VIKTOR SAPEZHNIKOV
MICHAEL J. SCHOBEL
ELINA TETELBAUM
ERICA E. AHO
LAUREN M. KOFKE
ZACHARY S. PODOLSKY
RACHEL B. REISBERG
MARK A. STAGLIANO
CYNTHIA FERNANDEZ
   LUMERMANN
CHRISTINA C. MA
NOAH B. YAVITZ
BENJAMIN S. ARFA
NATHANIEL D. CULLERTON
ERIC M. FEINSTEIN
ADAM L. GOODMAN
STEVEN R. GREEN
MENG LU

Direct Dial: (212) 403-1307
Direct Fax: (212) 403-2307
E-Mail: DBAnders@wlrk.com

February 27, 2025

Via ECF

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:    United States v. Clinton McCullum
       No. 24 Cr. 667 (JPC)

Dear Judge Cronan:

We respectfully submit this letter on behalf of our client, Clinton McCullum, to request a three-week adjournment of all deadlines relating to the defendant's motion to suppress and a 30-day adjournment of the parties' respective expert disclosure deadlines. The parties are continuing to discuss a possible pretrial disposition of the case and therefore seek to adjourn the briefing schedule to allow those discussions to continue prior to motion practice. The parties have conferred and propose the following amended schedule:

WACHTELL, LIPTON, ROSEN & KATZ

February 27, 2025
Page 2

| | |
|---|---|
| Defendant's motion to suppress deadline: | March 26, 2025 |
| Government's opposition deadline: | April 16, 2025 |
| Defendant's reply brief deadline: | April 25, 2025 |
| Government's Rule 16 expert disclosure deadline: | March 31, 2025 |
| Defendant's Rule 16 expert disclosure deadline: | April 28, 2025 |

The parties also respectfully request that the Court adjourn the next hearing, scheduled for April 29, 2025, and reschedule it to a date convenient for the Court that is approximately three weeks after the defendant's reply brief deadline, April 25, 2025.  We have consulted with the government, which consents with this request and the above-requested schedule.

We also have no objection to the exclusion of time, pursuant to 18 U.S.C. § 3161(h)(7)(A), through the new hearing date to be set by the Court approximately three weeks after April 25, 2025, on the basis that the ends of justice served by such an exclusion outweigh the best interest of the public and the defendant in a speedy trial insofar as the exclusion would allow the parties to continue discussions regarding a potential pretrial resolution and for the defense to prepare pretrial motions if necessary.

Respectfully submitted,

 /s/  David B. Anders
David B. Anders
Emily P. Ross
Brian J. Liu

*Counsel for Clinton McCullum*

cc:    Getzel Berger, Esq.

The request is granted.  The parties' proposed briefing schedule on Defendant's motion to suppress and the parties' proposed deadlines for expert disclosures under Federal Rule of Criminal Procedure 16 are adopted.  The April 29, 2025 status conference is adjourned to May 16, 2025 at 10:00 a.m.  Time is excluded from April 29, 2025 to May 16, 2025 pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Court finds that the ends of justice served by granting this exclusion outweigh the best interests of the public of the defendant in a speedy trial because the exclusion will allow the parties to continue discussions regarding a potential pretrial resolution of this matter and for the defense to prepare pretrial motions.  The Clerk of Court is respectfully directed to close Docket Number 19.

SO ORDERED.
Date: February 28, 2025
New York, New York

JOHN P. CRONAN
United States District Judge