UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                           :

UNITED STATES OF AMERICA,           :

                           :

      -v-                     :          24 Cr. 667 (JPC)

                           :

CLINTON MCCULLUM,            :          ORDER

                           :

               Defendant.     :

                           :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court will hold a change of plea hearing for Defendant Clinton McCullum on May 7, 2025 at 3:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated:  April 23, 2025
       New York, New York                           JOHN P. CRONAN
                                      United States District Judge