UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,  :
:
:
-v-  :   24 Cr. 667 (JPC)
:
CLINTON MCCULLUM,  :   ORDER
:
Defendant.  :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The August 21, 2025 sentencing hearing is adjourned to August 29, 2025 at 10:00 a.m.

SO ORDERED.

Dated: August 12, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge